THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 John and Jane
 Doe, Adoptive Couple, Respondents,
 v.
 Baby Boy, a
 minor child under the age of fourteen years; and Birth Father, Defendants,
 of whom Birth
 Father is Appellant.
 
 
 

Appeal from Greenville County
 Timothy L. Brown, Family Court Judge
Memorandum Opinion No. 2008-MO-009
Heard January 22, 2008  Filed February
 11, 2008  
AFFIRMED

 
 
 
 Robert
 L. Widener, of McNair Law Firm, of Columbia, for Appellant.
 Raymond
 William Godwin, of Greenville, for Respondents.
 Stephen
 A. Yacobi, of Yacobi Law Firm, of Greenville, Guardian Ad Litem.
 
 
 

PER CURIAM:  The Notice of Appeal was not timely
 served, however, we exercise our prerogative and issue a common law writ of
 certiorari to review the family court order.  See Ray v. State,
 330 S.C. 184, 498 S.E.2d 640, n.1 (1998).  The scope of our appellate review is
 therefore limited to the correction of errors of law.  E.g., Rowe v.
 City of West Columbia, 334 S.C. 400, 513 S.E.2d 379 (Ct. App. 1999). 
 Applying this standard, we find no reversible error in the family courts
 denial of appellants request for a continuance, nor in the ruling that
 appellant did not satisfy the consent/relinquishment provision of S.C. Code Ann.
 § 20-7-1690(A)(5).  Even if we were to reach the courts alternative ruling
 that there was evidence to warrant termination of appellants rights, we would
 find no error of law.
The
 order under appeal is therefore
AFFIRMED. [1]
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.

[1] We note that we would have reached the same conclusion had the appeal been
 timely, permitting the Court to take its own view of the evidence.